**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

```
DAVID A. ROTH,                      :
                                    :     Civil Action No. 09-2375 (NLH)
            Plaintiff,              :
                                    :
      v.                            :     ORDER
                                    :
SOUTHERN STATE CORRECTIONAL         :
FACILITY, et al.,                   :
                                    :
            Defendants.             :     CLOSED
```

For the reasons expressed in the Opinion filed herewith,

IT IS on this 22nd day of   May  , 2009,

ORDERED that the Clerk of the Court shall administratively terminate this case, without assessing a filing fee; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

At Camden, New Jersey          s/ Noel L. Hillman
                               Noel L. Hillman
                               United States District Judge